Dismissed and Memorandum Opinion filed August 27,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00709-CV

____________

 

SHIPCARE INTERNATIONAL, INC., Appellant

 

V.

 

KELLER KRASH KUSHIONS, INC. d/b/a CONTRACTORS
BARRICADE SERVICE and RALPH W. KELLER, III, Appellees

 



 

On Appeal from the
113th District Court

Harris County,
Texas

Trial Court Cause
No. 2008-56929

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed May 13, 2009.  On
August 20, 2009, appellant filed a motion to dismiss the appeal because the
case has settled.   See Tex. R.
App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Seymore and Sullivan.